UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| KRISTIN BRICKEL | |
| Plaintiff, | CIVIL ACTION NO.: |
| | 3:22-cv-01317-JCH |
| VS. | |
| DAVITA, INC. | |
| Defendant. | MAY 26, 2023 |

## PLAINTIFF'S WITHDRAWAL OF WRONGLY FILED MOTION #38

The Plaintiff withdraws the wrongly filed motion papers under Document Number 38 filed on May 25, 2023.

The Plaintiff will immediately file the correct motion and apologizes for the error.

Respectfully submitted,

/s/ *Eric R. Brown*
Eric R. Brown (CT 13519)
Law Office of Eric R. Brown
P.O. Box 615
Watertown, CT 06795
888-579-4222 (tel.)
888-579-4222 (fax)
eric@thelaborlawyer.com (email)

1

## CERTIFICATION OF SERVICE

I hereby certify that on this the 26th day of May, 2023, a copy of the foregoing was sent via email to all counsel and pro se parties of record as follows:

Attorney Justin Theriault
Attorney Joseph Fazzino
Jackson Lewis
90 State House Square, 8th Floor
Hartford, CT 06103
Joseph.fazzino@jacksonlewis.com
Justin.theriault@jacksonlewis.com

                                                */s/ Eric R. Brown*
                                                Eric R. Brown (CT 13519)